# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 8 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 22, 2016, the cause upon appeal to revise or reverse your judgment between

The State of Texas, Appellant(s)

V.

Richard Michael Donohoo, Appellee(s)

No. 04-15-00291-CR    and     Tr. Ct. No. 453259

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the part of trial court's order suppressing evidence obtained after appellee Richard Michael Donohoo's arrest is AFFIRMED. The part of the trial court's order that suppresses evidence obtained before Donohoo's arrest is REVERSED. This case is REMANDED to the trial court for further proceedings consistent with this opinion.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 31, 2016.

KEITH E. HOTTLE, CLERK

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853